William Slaviz, as Administrator, etc., Appellant, v. Barber Asphalt Paving Company, Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to defendant to withdraw demurrer and to answer on payment of costs, on *Sartori* v. *Litchfield Const. Co.* (149 App. Div. 242). Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Charles Sharp, Respondent, v. Frederick S. Justice, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank Wodzinski, Appellant, v. Timothy O'Connell, Jr., and William J. Hanna, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank Pfeffer and Another, Respondents, v. Hartford Life Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Franklin Pettit, Respondent, v. Henry Corn, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Emanuel Freund, Appellant, v. Mellilo Construction Company, Respond ent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alexander Jandrew, Appellant, v. Lizzie Elder, Respondent.— Orders affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William B. Lewis, Appellant, v. Charles F. Bishop, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott and Dowling, JJ.

Lucy D. Dahlgren, Respondent, v. Eric B. Dahlgren, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Daniel Hanly, as Receiver, etc., of the Melvin Stable Company, Respondent, v. H. S. Horton & Company and Melvin Stable Company, Appellants. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edward Klein and Others, Respondents, v. Emanuel David and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.